Harold U. Roeth and Nadine K. Roeth, Appellees, v. Fritz F. Boehm and Erna I. Boehm, Appellants.

Gen. No. 44,030.

opinion filed May 20, 1947; released for publication June 9, 1947.   Frank P. Cowing, for appellants; George P. Novak, of counsel; no appearance for appellees.   Opinion by PRESIDING JUSTICE SULLIVAN.   Not to be published in full.